# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| HAMID COBB, | NO. CV 18-08533-JLS (AS) |
| Petitioner, | |
| v. | **JUDGMENT** |
| JIM McDONNELL, Sheriff, et. al, | |
| Respondents. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: June 12, 2019.

JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE